August 8, 2006

ECMC
EDUCATIONAL CREDIT MANAGEMENT CORPORATION

ROBIN M SALVAS
88 GRIFFIN ST #C
PASCOAG, RI 02859-3718

**RE:** Defaulted Student Loan(s)
**SSN:** XXX-XX-4183
**EMPLOYER:** COOL AIR CREATIONS INC
**TOTAL AMOUNT CURRENTLY OWING:** $ 12,196 11
(This amount includes principal, interest and projected collection costs )

**NOTICE PRIOR TO WAGE WITHHOLDING**

You are given notice that Educational Credit Management Corporation (ECMC), pursuant to Federal Law (Public Law 102-164, as amended by Public Law 109-171, 20 U S C § 1095a et seq ), will order your employer to immediately withhold money from your pay (a process known as "wage garnishment") for payment of your defaulted student loan(s) unless you take the action set forth in this Notice

You must establish a written repayment agreement with ECMC within thirty (30) days of the date of this Notice Otherwise, ECMC will proceed to collect this debt through deductions from your pay Unless you act within thirty (30) days of the date of this Notice, your employer will be ordered to deduct from your wages an amount equal to no more than fifteen percent (15%) of your disposable pay for each pay period, or the amount permitted by 15 U S C 1673 (unless you give ECMC written consent to deduct a greater amount) to repay your student loan(s) held by ECMC Disposable pay includes pay remaining after all deductions required by law have been withheld (such as social security, federal and state income taxes) Your employer will be ordered to deduct this amount no later than the first pay period which occurs after the date on which the **Order of Withholding** was issued, and will be ordered to deduct this amount each time you are paid until your debt is paid in full **This is an attempt to collect a debt. Any information obtained will be used for that purpose.**

**You have the following rights regarding this action:**

You have an opportunity to inspect and/or request copies of ECMC's records relating to your debt Basic information about your debt will be provided free of charge along with our response to your hearing request All requests for documentation must be in writing Telephone requests will not be honored **Please note that a request for documents, by itself, will not prevent garnishment of your wages.**

You have the opportunity to avoid wage garnishment by immediately remitting the balance in full or by entering into a written repayment agreement with ECMC to establish a satisfactory schedule for the repayment of this debt To obtain information on entering into a repayment agreement, call ECMC at **1-800-780-7997**, or **(651) 221-0037**, e-mail collections@ecmc org or WebSite www ecmc org

If you miss this deadline, you may still be entitled to a hearing, but the hearing will not take place prior to the issuance of an **Order of Withholding** to your employer. You may not make your request a hearing by telephone.

**Your hearing may take place in one of three ways:**

- In **writing:** By delivering your written statement and supporting documentation to ECMC. ECMC will then submit these documents along with our own documents to an independent hearing officer who will decide whether or not your debt is subject to wage withholding;
- By **telephone:** A conference call will be set up between you, ECMC, and the hearing officer;
- In **person:** If you request a hearing in person, it will be held in Chicago, IL and you must pay your own expenses to appear at this hearing.

You have an opportunity to inspect and/or request copies of ECMC's records relating to your debt. (A fee may be charged for these copies. However, basic information about your debt will be provided free of charge along with our response to your **Request for a Hearing or Exemption.**) All requests for documentation must be in writing. Telephone requests will not be honored. **Please note that a request for documents will not prevent garnishment of your wages.**

An employer may not discharge you, refuse to employ you, or take disciplinary action against you because your wages are withheld for payment of a defaulted student loan. If an employer takes any of these actions, you may sue that employer in a state or federal court for reinstatement, back pay, attorney's fees, and punitive damages.

If you document that you have been involuntarily separated from employment, ECMC will not withhold wages until you have been re-employed continuously for twelve (12) months. If you wish to claim this exemption from wage withholding, you need to fill in the **Request for Hearing and Exemption** and send us written proof of the following: Documents from the state employment commission (or similar agency) indicating your entitlement to unemployment compensation and a statement from your present employer indicating the date you began work at your present job.

No more than fifteen percent (15%) of your "disposable pay" or the amount permitted by 15 U.S.C. 1673 may be deducted from your wages to repay your student loan(s). "Disposable pay" is those wages remaining after all deductions required by law have been withheld (such as Social Security, federal and state income taxes).

Any defect in this Notice will not be considered waived unless each alleged defect or ambiguity you believe the Notice contains is set forth in writing.

**The following are considered valid reasons for requesting a hearing:**

- You dispute the existence of this debt. If, for example, you believe this debt has been paid, please enclose any proof you have that the debt has been paid in full along with your **Request for Hearing or Exemption.** If you are not the person owing this debt, please refer to the section below, which addresses that situation.

- You dispute the amount of this debt.

- Making installment payments in the amount equal 15% of your disposable pay, or having payments in that amount withheld from your disposable pay would constitute an extreme financial hardship.

**The following are not considered valid reasons for requesting a hearing:**

The school you attended was unsatisfactory.

You were unable to obtain employment in the field for which the school prepared you.

**How to request a hearing:**

Complete the enclosed form and return it to ECMC within fifteen (15) days of the date of this Notice. Mail your **Request for Hearing or Exemption** to ECMC at the address provided on the enclosed form. Please state on your envelope "Wage Withholding Appeal Enclosed". The hearing will be a review of your written statement on the enclosed **Request for Hearing or Exemption** and all relevant documents unless you specifically request an in-person or telephone hearing. We will let you know if your hearing request has been granted or denied. If the request is granted, we will advise you when, where and how your hearing will be held.

**If you are not the person who owes this debt:**

Please notify us immediately upon your receipt of this Notice so that your wages will not be withheld. You may call us at 1-800-780-7997 or (651) 221-0037 to notify us, but you should also send a copy of your Social Security card, or other identifying documentation for verification purposes. Correspondence for this purpose should be mailed to:

**Educational Credit Management Corporation (ECMC)**
Attention: Wage Withholding Administrator
**101 East 5th Street, Suite 2400**
St. Paul, MN 55101

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION**