September 14, 2006

COOL AIR CREATIONS INC
150 HAMLET AVE
ATTN DAVE CAMPBELL/PAYROLL
WOONSOCKET, RI 02895-4835

**RE** Student Loan Debt

**ORDER OF WITHHOLDING FROM EARNINGS**

Pursuant to authority granted Educational Credit Management Corporation (ECMC) by Federal Law (Public Law 102-164, as amended by Public Law 109-171, 20 U S C '1095a et seq ), **you,** the employer of the debtor named below, **are hereby ordered and directed** to withhold income from the debtor's disposable pay from this employment for payment of defaulted student loan(s) as follows

**DEBTOR** ROBIN M SALVAS **SSN:** [redacted]4183

-3718

**Total Amount Currently Due:** $12,244 00

The employer **shall deduct and pay to** ECMC an amount that does not exceed fifteen percent (15%) of the debtor's disposable pay for each pay period or the amount permitted by 15 U S C '1673, unless the debtor provides ECMC with written consent to deduct a greater amount This amount shall be deducted until the amount set for above as the "Total Amount Currently Due", **plus all further accrued interest, is fully paid

As the employer, you must comply with this law, which supersedes all state laws governing wage garnishment Garnishment must begin on the first pay period following the receipt of this notice **You must respond to this notice by completing and returning the enclosed form to our office within ten (10) business days.** If the employee is no longer employed by you, please indicate that on the form

Employer is directed to pay all amounts withheld on each regular pay day, no less frequently than once each month, to

**ECMC**
**Lockbox #7096**
**P.O. BOX 75848**
**ST. PAUL, MN 55175-0848**

**ECMC Federal Tax I D # 41-1778617**

All payments **MUST identify** the debtor and the debtor's social security number

Section 488A of the Act provides that an employer who fails to comply with a garnishment order issued under this law will be liable for any amounts that are not so withheld following its receipt, in addition to costs of suit as a result of legal action authorized under the law

**THIS ORDER OF WITHHOLDING IS ISSUED ON** September 14, 2006

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION**

**AWG**

If you fail to comply with this Order, ECMC may sue you in a state or federal court to recover any amount that you failed to withhold, as well as attorney fees, litigation costs, and at the court's discretion, punitive damages.

In the event employment is terminated, you, as the employer, are required to complete and forward a **Notice of Change of Employment** to our office.

If you have any questions regarding this matter, please call 1-800-780-7997 or (651) 221-0037. Please make all payments payable to ECMC and include the Social Security number of the employee on the payment.

Send all amounts withheld on each regular payday, no less frequently than once a month, to:

**ECMC**
**Lockbox #7096**
**P.O. BOX 75848**
**ST. PAUL, MN 55175-0848**

**Federal Tax I.D. #: 41-1778617**

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION**

Enclosures: Employer Acknowledgment of Wage Withholding
Department of Education Letter listing Guarantors authorized to issue Wage Garnishment Withholding Orders
Handbook for Employers
Self-addressed and stamped envelope

# UNITED STATES DEPARTMENT OF EDUCATION
**830 First Street, NE**
**Union Center Plaza**
**Washington, D.C. 20202**

The following organizations have agreements with the U.S. Department of Education to participate in the Federal Family Education Loan (FFEL) Program as guaranty agencies under Section 428(b) of the Higher Education Act of 1965, as amended (HEA). The guaranty agencies on this list are authorized by section 488A of the HEA, to issue administrative wage garnishment withholding orders at a rate of 15% to employers, to recover FFEL debts owed by individuals who have defaulted on their student loan repayment obligations. This authority does not apply to Federal agencies or their employees.

AMERICAN STUDENT ASSISTANCE (MASSACHUSETTS)
STUDENT LOAN GUARANTEE FOUNDATION OF ARKANSAS
CALIFORNIA STUDENT AID COMMISSION
COLORADO STUDENT LOAN PROGRAM
CONNECTICUT STUDENT LOAN FOUNDATION
EDUCATION ASSISTANCE CORPORATION (SOUTH DAKOTA)
EDUCATIONAL CREDIT MANAGEMENT CORPORATION
FLORIDA DEPARTMENT OF EDUCATION/OFFICE OF STUDENT FINANCIAL ASSISTANCE
GEORGIA HIGHER EDUCATION ASSISTANCE FOUNDATION
GREAT LAKES HIGHER EDUCATION CORPORATION (WI)
ILLINOIS STUDENT ASSISTANCE COMMISSION
IOWA COLLEGE STUDENT AID COMMISSION
KENTUCKY HIGHER EDUCATION ASSISTANCE AUTHORITY
LOUISIANA OFFICE OF STUDENT FINANCIAL ASSISTANCE
FINANCE AUTHORITY OF MAINE
MICHIGAN HIGHER EDUCATION ASSISTANCE AUTHORITY
MISSOURI DEPARTMENT OF HIGHER EDUCATION
MONTANA GUARANTEED STUDENT LOAN PROGRAM
NATIONAL STUDENT LOAN PROGRAM (NEBRASKA)
NEW HAMPSHIRE HIGHER EDUCATION ASSISTANCE FOUNDATION
NEW JERSEY HIGHER EDUCATION ASSISTANCE AUTHORITY
NEW MEXICO STUDENT LOAN GUARANTEE CORPORATION
NEW YORK STATE HIGHER EDUCATION SERVICES CORPORATION
NORTH CAROLINA STATE EDUCATION ASSISTANCE AUTHORITY
STUDENT LOANS OF NORTH DAKOTA
OKLAHOMA GUARANTEED STUDENT LOAN PROGRAM
OREGON STUDENT ASSISTANCE COMMISSION
AMERICAN EDUCATION SERVICES/PHEEA
RHODE ISLAND HIGHER EDUCATION ASSISTANCE AUTHORITY
SOUTH CAROLINA STUDENT LOAN CORPORATION
TENNESSEE STUDENT ASSISTANCE CORPORATION
TEXAS GUARANTEED STUDENT LOAN CORPORATION
USA FUNDS
UTAH HIGHER EDUCATION ASSISTANCE AUTHORITY
VERMONT STUDENT ASSISTANCE CORPORATION
NORTHWEST EDUCATION LOAN ASSOCIATION (NELA)

ECMC

EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

# HANDBOOK FOR EMPLOYERS

## WAGE WITHHOLDING FOR DEFAULTED STUDENT LOANS

## PROGRAM OVERVIEW

The Guaranteed Student Loan was created by the Higher Education Act of 1965 in an effort to provide incentives for the use of private capital to fund low-interest, long-term loans for post-secondary education. Students go to private lenders for an education loan, and the lenders' risk is nearly eliminated by a guarantee from the Federal Government. Guarantee agencies such as Educational Credit Management Corporation (ECMC) handle the administration of the loan program at the state level on behalf of the Federal Government, including: the loan guarantee; claim payment; compliance with student loan regulations; and collection of defaulted loans. When a student fails to repay the loan and enters default (270 days past due), the holder of the loan files a claim with ECMC to recoup the default amount. ECMC examines the claim to ensure that the loan was properly serviced by the lender, and pays the lender. Once a claim is paid, ECMC files for re-insurance on the loan with the Department of Education. At the same time, ECMC begins collection efforts including everything from telephone calls and letters, to withholding IRS refunds from defaulted borrowers.

Most students repay their debts. Many of those who default are employed and able to make payments. When borrowers default, it is ultimately the taxpayers who pay the expense for their education loans.

### DEFAULT PREVENTION AND COLLECTION

A number of regulations and incentives have been established to prevent the default rate from rising. Congress has recently passed a law that will help guarantee agencies and the U.S. Department of Education collect on defaulted loans through the administrative withholding of a defaulted borrower's wages.

### LEGISLATIVE AUTHORITY

P.L. 102-164; 20 U.S.C. 1095a et seq. (Emergency Unemployment Compensation Act) allows ECMC to administratively garnish up to fifteen percent (15%) of the employee's disposable pay, until the defaulted loan has been repaid in full. **This law supersedes any state's laws governing wage garnishment.**

We believe wage withholding will encourage many employed defaulted borrowers to repay their loans. For those borrowers who refuse to honor their obligations, wage withholding is an effective debt collection tool.

## THE BASIC STEPS FOR EMPLOYERS TO FOLLOW FOR WITHHOLDING

1. Read the withholding order. It contains the instructions on how to withhold and remit the required amounts.

2. Calculate and deduct the amount to be withheld from the employee's pay, beginning with the first pay period occurring after the employer receives the withholding order.

3. Send the amount deducted to ECMC according to the instructions.

4. Repeat steps 2 and 3 each payday.

## EMPLOYER NOTIFICATION

### ACTION

ECMC will send the employer an **Order of Withholding from Earnings** form, which provides the employee's name, address, and social security number as well as instructions for withholding. An additional copy of the Order is provided for you to give to the debtor.

## EMPLOYER ACTION

Employers should respond by completing and returning the **Employer Acknowledgment of Wage Withholding** form within ten (10) business days. If the employee is no longer employed by your organization when you receive the order, simply indicate this on the form.

## EMPLOYEE NOTIFICATION

The employee will already have received notice that withholding will occur. Before you receive an Order, the employee will have:

- Been sent notices of delinquency and finally a **Notice Prior to Wage Withholding**.

- Had an opportunity to contest the withholding.

- Will have been informed of his or her rights and responsibilities in the process.

- Had an opportunity to avoid wage withholding by entering into a voluntary repayment agreement with ECMC.

**AMOUNT OF WITHHOLDING**

The instructions below explain how to calculate the amount of earnings to be withheld. At the end of this document, an Administrative Wage Garnishment (AWG) Withholding Worksheet with instructions has been provided as well.

1. Read the **Order of Withholding from Earnings** form.

2. Identify the employee named in the order.

3. Identify the employee's gross earnings for the pay period. Earnings are defined as compensation paid, or for payable personal services, whether denominated as wages, salary, commission, bonus or otherwise.

4. Identify amounts, which can be excluded from withholding. These are limited to amounts: required by law to be withheld, such as state (if applicable) and Federal income tax, Federal FICA or OASI tax (Social Security). The employer should not include deductions for savings bonds, employee contributions to retirement plans, health insurance etc.

5. Calculate disposable earnings by subtracting excluded amounts (Step 4) from the employee's gross earnings (Step 3).

6. Compute the required withholding by multiplying the employee's disposable earnings (Step 5) by .15. The resulting figure is the amount to withhold from the debtor's wages each payday. The employer may round off the figure to a flat dollar amount, so long as the resulting figure does not exceed 15% of the employee's disposable pay.

**HOW TO REMIT THE EARNINGS WITHHELD**

1. Cut a check for the amount calculated. Make checks payable to ECMC.

2. Be sure each check includes the information listed below:

   - Employee Name
   - Employee Social Security Number
   - Employer Name
   - Notation indicating that this is a wage withholding payment or payments
   - Employer's Federal Employer Identification Number

3. Send checks to:

   **ECMC**
   **LOCK BOX 7096**
   **P.O. BOX 75848**
   **ST. PAUL, MN 55175-0848**

**ECMC's Federal Tax I.D. #: 41-1778617**

**FREQUENCY OF PAYMENTS**

Although deductions should be made for each pay period (whether weekly, bi-weekly, monthly, etc.), remittance to ECMC need not be made more than once each month. The employer is not required to change their normal pay and disbursement cycles to comply with the withholding order.

**TWO OR MORE DEBTORS**

If the employer is making payments to ECMC for two or more employees, the employer may combine payments as long as the check stub or transmittal sheet details the employee name, Social Security number and amount remitted for each debtor.

## WHEN TO STOP WITHHOLDING

### RELEASE OF AN ORDER

To inform an employer to stop withholding, ECMC will send a **Release from the Order of Withholding** form to the employer. A sample release form is included. The employer should continue to withhold earnings from the employee's paycheck until receiving a release. The employer should then complete and return the **Acknowledgment of Release of Withholding** form, which will be provided with the release.

### WHEN THE EMPLOYEE ENDS EMPLOYMENT

When a debtor for whom the employer has been withholding earnings terminates employment with their organization, notify ECMC in writing within ten (10) business days. In addition, the employer must supply the employee's last known address and the name and address of his/her new employer, if known. This requirement will help ensure the debtor can be located and that the new employer will be notified promptly of the withholding requirement.

## EMPLOYER COMPLIANCE

### NONCOMPLIANCE

Under Federal Law [(20 USC 1095a(a)(6)] you are liable for any amount that you should, but do not, withhold following receipt of the Order. If the employer fails to withhold wages following the receipt of the withholding order, ECMC may sue the employer to recover any amount that the employer fails to withhold, attorney's fees, costs, and may be awarded punitive damages at the court's discretion.

### RETALIATION

Under Federal Law, an employer may not discharge from employment, or refuse to employ or take disciplinary action against an individual, because that individual is subject to wage withholding. The employee may sue an employer who takes such action and, should the employee prevail, the court will award attorney's fees and, in its discretion, reinstate the individual, award punitive damages and back pay for the employee, or order such other remedy as may be reasonable and/or necessary.

Termination of the debtor's employment after you receive the Order does not terminate your liability for amounts you were required to withhold.

**INQUIRIES**

**CORRESPONDENCE ADDRESS**

If the employer has any questions regarding wage withholding for student loans, please contact:

**Educational Credit Management Corporation (ECMC)**
**Attention: Wage Withholding Administrator**
**101 East Fifth Street, Suite 200**
**St. Paul, MN 55101**
**1-800-780-7997**
**WebSite: www.ecmc.org**

**MULTIPLE WITHHOLDINGS***

**LIMITATIONS**

If the debtor is subject to multiple garnishments during a pay period, Federal Law (15 USC Section 1673) may limit your ability to withhold the full amount called for, under the Order, for that pay period. If so, you must inform us, in writing, immediately.

**PRIORITIES**

Generally, garnishments must be satisfied in the order in which they are issued to the employer, up to the maximum amount allowed under that kind of garnishment order.

- Be sure to check the effective duration of any state law garnishments. Many of them remain in effect only for a limited time; when they lapse, the next garnishment in line would take over.

- Federal student loan garnishments (such as this Order) do not have duration limitations; they end when: (a) the debt is paid- in- full (**NOTE:** the total amount the debtor owes is more than the amount indicated in the Order. This is because, among other things, interest continues to accrue.); (b) your obligation to pay the debtor otherwise has ended; (c) a bankruptcy 'stay' suspends the garnishment; or (c) the debt is discharged or otherwise resolved.

- Garnishments for child support or IRS levy, may affect withholding for student loan debts, regardless of when they begin. If you receive a garnishment order for child support, or an IRS levy, after you have received our AWG Order, you must inform us, in writing, immediately.

* This information reflects ECMC's understanding concerning the general aspects of multiple withholding under AWG but is not intended as legal advice.

**AWG WITHHOLDING WORKSHEET**
**(See AWG WORKSHEET INSTRUCTION on next page)**

For the pay period ending ________________
(date)

1. Enter employee's disposable pay 1. ___________
2. Multiply the amount in Line 1 by 15% (.15) 2. ___________
3. Multiply the amount in Line 1 by 25% (.25) 3. ____________
4. Enter the applicable Federal minimum hourly wage 4. ___________
5. Multiple the amount in line 4 by 30 for each work week in the pay period 5. ___________
6. Subtract Line 5 from Line 1. 6. ___________
7. Enter the sum of all other garnishments being withheld from disposable pay Line 1. 7. ___________
8. Subtract Line 7 from Line 3. 8. ___________
9. Subtract Line 7 from Line 6. 9. ___________
10. Enter the lesser of Lines 2, 8 or 9. 10. ___________
11. Remit the amount entered on Line 10. Make checks payable to Educational Credit Management Corporation (ECMC).

* If this amount is zero or less, no remittance is required for this pay period.

# AWG WORKSHEET INSTRUCTIONS

Use the AWG WORKSHEET to calculate the amount of withholding for each pay period. At the top of each sheet, identify the **type of pay period** (e.g., weekly, bi-weekly, monthly, etc.) and at the **end date of that period** in the spaces indicated.

**LINE 1:** Disposable pay is determined by: (a) calculating the total compensation paid or payable for the employee's services (e.g., wages, salary, commissions, bonus, severance pay, etc.); (b) subtracting from that amount the sum of all amounts required by law to be withheld from that compensation, such as state (if any) and Federal income tax and Federal FICA or OASI tax (social security). You should not subtract amounts withheld for savings bonds, employee contributions to retirement plans or health insurance and the like. Also, **be sure that you do not subtract garnishments;** these are considered instead in LINE 7. (INSERT ANY UNIQUE STATE DIFFERENCES).

**LINE 2:** Under 20 USC 1095a (a)(1), the amount deducted for any pay period may not exceed 15% of disposable pay, unless the individual consents, in writing, to a greater percentage.

**LINE 3:** The Consumer Credit Protection Act (15 U.S.C.' 1671et seq) provides that: The maximum part of the aggregate disposable earnings of an individual for any work-week which is subject to garnishment may not exceed 25%.

**LINE 4:** Be sure to enter the correct Federal minimum hourly wage. As of June 1999, the Federal minimum wage is $5.15 per hour.

**LINE 5:** The Consumer Credit Protection Act excludes from garnishment a floor level of disposable pay per workweek in an amount equal to 30 times the Federal minimum hourly wage. Assuming a minimum wage of $5.15 per hour LINE 5 is, for example $154.50, if the employee is paid weekly; $309.00 if the employee is paid every other week; $334.75 if the employee is paid twice per month; and $669.50 if the employee is paid monthly.

**LINE 7:** If the employee is subject to multiple garnishments during a pay period, Federal law may limit your ability to withhold, for that pay period, the full amount called for under the Order. For further information, please refer to the section in your Handbook on Multiple Withholding.

**LINE 10:** Of the amounts calculated in Lines 2, 8 and 9, insert here whichever amount is lowest.

**LINE 11:** You may round off the figure to a flat dollar amount, so long as the resulting figure does not exceed Line 9.

# EMPLOYER ACKNOWLEDGMENT OF WAGE WITHHOLDING

**RE:** ______________________________

**SSN:** ______________________________

I, ____________________ on behalf of ____________________
(Employer)

acknowledge receipt of the **Order of Withholding From Earnings** for

____________________, ____________________
(Employee) (SSN)

[ ] The above-named person is an employee of this company and payments of approximately $____________ (15% of disposable pay) will be forwarded to ECMC on a [ ] weekly, [ ] bi-weekly, [ ] semi-monthly basis, or [ ] monthly basis.

*Remittance to ECMC need not be made more than once each month.* **The approximate date remittances will be sent each month is ____________.**

[ ] The address this company has for this employee is different from the one listed on the **Order of Withholding from Earnings**; the address our records reflect is:

Employee's last known address: ______________________________

______________________________

Employers telephone number and fax number: Telephone: ____________

Fax: ____________

____________________ ____________________
(Signature) (Date)

**Return this form within ten (10) business days to:**

**Educational Credit Management Corporation (ECMC)**
**Attention: Wage Garnishment Administrator**
**101 East Fifth Street, Suite 200**
**St Paul MN 55101**
**Fax #: (651) 325-3195**

## EMPLOYER NOTICE OF CHANGE OF EMPLOYMENT

**RE:** ______________________________________________
(Debtor Name)

**SSN:** ______________________________________________

I, ______________________ on behalf of ______________________________
(Company Name)

Notify ECMC that ______________________________ is no longer employed with our company. (Debtor Name)

**DATE OF TERMINATION:**

__ **VOLUNTARY**

__ **INVOLUNTARY** **REASON:** ______________________________

**EMPLOYEE'S LAST KNOWN ADDRESS:** ______________________________

______________________________________________

**EMPLOYEE'S NEW EMPLOYER AND PHONE NUMBER:** ______________________

______________________________________________

______________________________________________

______________________
(Signature)

______________________
(Date)

______________________
(Telephone)

**Return this form within ten (10) business days to:**

**Educational Credit Management Corporation (ECMC)**
**Attention: Wage Withholding Administrator**
**101 East Fifth Street, Suite 200**
**St. Paul, MN 55101**
**Fax #: (651) 325-3195**