Received ECMC 11/15/06

November 14, 2006

COOL AIR CREATIONS INC
150 HAMLET AVE
ATTN DAVE CAMPBELL/PAYROLL
WOONSOCKET, RI 02895-4835

**RE:** Student Loan(s) of ROBIN M SALVAS
**SSN\LOAN #:** [redacted]4183
**BALANCE:** $12,322 94
**ECMC FEDERAL TAX I.D. #:** 41-1778617

## SECOND NOTICE OF ORDER OF WITHHOLDING FROM EARNINGS

Dear Director of Payroll

Educational Credit Management Corporation (ECMC) previously issued an **Order of Withholding** requiring the employer to withhold a percentage of the above-mentioned debtor's wage for payment of a defaulted student loan(s) Our records indicate this company employs this debtor

ECMC's records reflect that as of the date of this Second Notice, we have not received the wage withholding payments the **Order of Withholding** requires the employer to make

This **Second Notice of Order of Withholding from Earnings** is issued on November 14, 2006 If you have any questions regarding the **Second Notice of the Wage Withholding** process, call ECMC at 1-800-780-7997 or (651) 221-0037

Under Federal law, ECMC may **sue any employer who fails to withhold wages after receipt of an Order of Withholding** If ECMC is forced to file suit, it is entitled to seek not just the amount an employer fails to withhold, but also attorney fees, costs, and punitive damages

**Unless your withholding payment is received by ECMC within thirty (30) days after the issuance of this Second Notice, ECMC must review the matter for legal action.**