ECMC
EDUCATIONAL CREDIT
MANAGEMENT CORPORATION

ECMC is an ECMC Group company.

April 5, 2007

Cool Air Creations Inc.
150 Hamlet Ave.
Woonsocket, Rhode Island 02895

RE: Order of Withholding from Earnings for Robin Salvas

Dear Sir or Madam:

PLEASE BE ADVISED that the Educational Credit Management Corporation ("ECMC") is prepared to file a lawsuit against Cool Air Creations Inc. for failure to comply with the above-referenced Order of Withholding From Earnings ("Order"), which was mailed on September 14, 2006. A copy of the Order previously sent is enclosed.

Pursuant to 20 U.S.C. § 1095a and 34 C.F.R. § 682.410(b) (9), you are required to remit ten percent (10%) of Robin Salvas's disposable income, or a lesser amount, if required by 15 U.S.C. § 1673. To date, notwithstanding repeated notices, you have refused to comply with the law. Accordingly, ECMC has retained local counsel and is prepared to file a lawsuit against you to recover all amounts you have failed to withhold, plus attorney fees, costs and if warranted punitive damages as authorized by 20 U.S.C. § 1095a(a)(6).

You must contact me by April 19, 2007 to make acceptable arrangements regarding the above-referenced Order. Failure to do so will result in appropriate legal action being taken against you. I look forward to hearing from you regarding the informal resolution of this matter.

Sincerely,

TROY GUNDERMAN
Associate Attorney
(651) 325-3252

7325 Beaufont Springs Drive, Suite 200, Richmond, VA 23225 / 804.267.7100 / 804.267.7159 *Fax* / 804.267.7104 *TDD/TTY*
1500 Valley River Drive, Suite 190, Eugene, OR 97401 / 541.984.2450 / 541.984.2468 *Fax* / 541.984.2469 *TDD/TTY*
101 East Fifth Street, Suite 200, St. Paul, MN 55101 / 651.221.0566 / 651.325.3495 *Fax* / 651.325.3035 *TDD/TTY* / www.ecmc.org