**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION, *Plaintiff,* | |
| v. | C.A. No. 07-267S |
| COOL AIR CREATIONS, INC., *Defendant.* | |

**NOTICE OF DISMISSAL**

Now comes Plaintiff, Educational Credit Management Corporation, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and hereby dismisses this action without prejudice or costs.

Date: August 15, 2007

**EDUCATIONAL CREDIT MANAGEMENT CORPORATION,**

By its Attorneys,

/s/ Brian J. Lamoureux

Brian J. Lamoureux (#6211)
Brown Rudnick Berlack Israels LLP
121 South Main Street
Providence, RI 02903
401.276.2600
401.276.2601 Facsimile
bjl@brownrudnick.com